■ SUSANNE OCASIO, Respondent-Appellant, v FORDHAM VALENTINE ASSOCIATES, Defendant, and LANE BRYANT, INC., Appellant-Respondent. [827 NYS2d 657]—Appeal from order, Supreme Court, Bronx County (Lucy Billings, J.), entered March 15, 2006, unanimously discontinued in accordance with the

terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Williams, Gonzalez and Catterson, JJ.